UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL THOMAS and
PORSCHA THOMAS,

    Plaintiffs,

v.                                                Case No. 16-10313

CITY OF HIGHLAND PARK,              HON. AVERN COHN
JEFFREY CROUCH,
CURTIS WHITE,
JOHN DOE OFFICER,
KEVIN CONEY, and
JAMILLE EDWARDS,

    Defendants.

_____/

## ORDER DISMISSING DEFENDANTS CITY OF HIGHLAND PARK, CURTIS WHITE, JOHN DOE OFFICER, KEVIN CONEY, AND JAMILLE EDWARDS

This is a § 1983 case in which Plaintiffs Michael and Porscha Thomas claim they were subjected to excessive force at the hands of Defendant Jeffrey Crouch and other Highland Park police officers. On February 14, 2018, a hearing was conducted regarding Defendants' corrected motion for summary judgment (Doc. 37). As developed in the course of the record of that hearing, the Court holds:

1. Defendant City of Highland Park is DISMISSED from the case because there is insufficient evidence in the record to sustain a municipal claim according to the standard articulated in Monell v. Dep't of Soc. Servs., 436 U.S. 658 (1978).

2. Defendant Curtis White is DISMISSED from the case because there is no evidence in the record that his quickly corrected mistake in transmitting computer-generated information amounted to a violation of Plaintiffs' constitutional rights.

3. Defendant John Doe Officer is DISMISSED from the case because the parties have failed to identify him.

4. The claim of Plaintiff Porscha Thomas is DISMISSED because there is a lack of competent evidence in the record identifying the officer who handcuffed her.

5. Defendant Kevin Coney is DISMISSED from the case because there is insufficient evidence in the record to establish that he was at the scene of the incident or was involved in any way.

6. Defendant Jamille Edwards is DISMISSED from the case because there is insufficient evidence in the record to establish that she was at the scene of the incident or was involved in any way.

7. Within ten (10) days, Plaintiffs shall lodge with the Court three (3) cases supporting the assertion that Defendant Jeffrey Crouch's actions on February 19, 2014 violated the constitutional rights of Plaintiff Michael Thomas.

SO ORDERED.

                                            s/Avern Cohn
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE

Dated: February 16, 2018
Detroit, Michigan